EXHIBIT "A"

## IN THE CIRCUIT COURT OF HANCOCK COUNTY, MISSISSIPPI
## SECOND CIRCUIT COURT DISTRICT OF MISSISSIPPI

**JOHN NELSON**                                                                    **PLAINTIFF**

**V.**                                          **CIVIL ACTION NO.23CIJ :19-cv-00219-LPD**

**THE CITY OF BAY ST. LOUIS,**
**LES FILLINGAME, MIKE FAVRE,**
**GARY PONTHIEUX, AND PAT TICE**                                   **DEFENDANTS**

### CLERK'S CERTIFICATION

**STATE OF MISSISSIPPI**
**COUNTY OF HANCOCK**

I, Kendra Necaise, Clerk of the Circuit Court of Hancock County, Mississippi, here certify

that the following documents are and constitute a true and correct copy of the proceeding in regard

to the above-entitled case.

GIVEN under my hand and official seal of otlice on this, the __/ :J ay__ of February, 2020.

Kendra Necaise, Circuit Clerk
Handcock County, Mississippi

By: _____

Deputy Clerk

50302056.vI

# Mississippi Electronic Courts
## Second Circuit Court District of Mississippi (Hancock Circuit Court)
### CIVIL DOCKET FOR CASE #: 23CI1:19-cv-00219
### Internal Use Only
### Edit Case Data
### Edit Case Participants

NELSON v. THE CITY OF BAY ST. LOUIS et al
Assigned to: Judge Lisa P. Dodson

**Upcoming Settings:**

None Found

Date Filed: 09/17/2019
Current Days Pending: 149
Total Case Age: 149
Jury Demand: None
Nature of Suit: 45 Breach of Contract

---

**Plaintiff**

**JOHN NELSON**                                    represented by **Russell S Gill**
                                                   Russell S. Gill PLLC
                                                   638 Howard Avenue
                                                   BILOXI, MS 39530
                                                   228-432-0007
                                                   Fax: 228-432-0025
                                                   Email: rsgill@rsgill-lawfirm.com
                                                   *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**THE CITY OF BAY ST. LOUIS**

**Defendant**

**LES FILLINGAME**

**Defendant**

**MIKE FAVRE**

**Defendant**

**GARY PONTHIEUX**

**Defendant**

**PAT TICE**

| Date Filed | # | Docket Text |
|---|---|---|
| 09/17/2019 | 🌐 ✏ 📎 ⬗ 1 📄 | Civil Cover Sheet. (Burlette, Hali) (Entered: 09/17/2019) |
| 09/17/2019 | 🌐 ✏ 📎 🖼 ⬗ 2 📄 | COMPLAINT against MIKE FAVRE, LES FILLINGAME, GARY PONTHIEUX, THE CITY OF BAY ST. LOUIS, PAT TICE, filed by |

| | | | |
|---|---|---|---|
| | | | JOHN NELSON. (Burlette, Hali) (Additional attachment(s) added on 9/17/2019: # <u>1</u> RECEIPT) (Burlette, Hali). (Entered: 09/17/2019) |
| 09/17/2019 | ◔ ⌀ ⬤ ⌸ <u>3</u> ▭ | | SUMMONS Issued to ATTORNEY FOR PROCESS ON CITY OF BAY ST. LOUIS (Burlette, Hali) (Entered: 09/17/2019) |
| 09/17/2019 | ◔ ⌀ ⬤ ⌸ <u>4</u> ▭ | | SUMMONS Issued to ATTORNEY FOR PROCESS ON LES FILLINGAME (Burlette, Hali) (Entered: 09/17/2019) |
| 09/17/2019 | ◔ ⌀ ⬤ ⌸ <u>5</u> ▭ | | SUMMONS Issued to ATTORNEY FOR PROCESS ON MIKE FAVRE. (Burlette, Hali) Modified on 9/17/2019 (Burlette, Hali). (Entered: 09/17/2019) |
| 09/17/2019 | ◔ ⌀ ⬤ ⌸ <u>6</u> ▭ | | SUMMONS Issued to ATTORNEY FOR PROCESS ON GARY PONTHIEUX. (Burlette, Hali) (Entered: 09/17/2019) |
| 09/17/2019 | ◔ ⌀ ⬤ ⌸ <u>7</u> ▭ | | SUMMONS Issued to ATTORNEY FOR PROCESS ON PAT TICE (Burlette, Hali) (Entered: 09/17/2019) |
| 01/10/2020 | ◅⬤ ◔ ⌀ ⬤ ⌸ <u>8</u> ▭ | | MOTION for Extension of Time to Serve Defendant by Plaintiff JOHN NELSON, Defendants MIKE FAVRE, LES FILLINGAME, GARY PONTHIEUX, THE CITY OF BAY ST. LOUIS, PAT TICE (Gill, Russell) (Entered: 01/10/2020) |
| 01/16/2020 | ◔ ⌀ ⬤ ⌸ <u>9</u> ▭ | | ORDER FOR TIME (120 DAYS). Signed by Judge Lisa P. Dodson on 01/15/2020. (Shiyou, Jason) (Entered: 01/16/2020) |
| 02/13/2020 | ◔ ⌀ ⬤ ⌸ <u>10</u> ▭ | | LETTER FROM ATTORNEY REQUESTING CERTIFIED COPY (Shiyou, Jason) (Entered: 02/13/2020) |

### Select Event

Account Transaction - Circuit
ADR Documents

Go to Event

## COVER SHEET
### Civil Case Filing Form
*(To be completed by Attorney/Party Prior to Filing of Pleading)*

Mississippi Supreme Court — Form AOC/01
Administrative Office of Courts — (Rev 2009)

**Court Identification Docket #**
County # 23 | Judicial District 1 | Court ID (CH, CI, CO) C I
Month 09 | Date 17 | Year 19

**Case Year** 2019
**Docket Number** 00219
Local Docket ID

This area to be completed by clerk — Case Number if filed prior to 1/1/94

**In the** CIRCUIT | **Court of** HANCOCK | **County** — | **Judicial District**

**Origin of Suit** (Place an "X" in one box only)
[X] Initial Filing | [ ] Reinstated | [ ] Foreign Judgment Enrolled | [ ] Transfer from Other court | [ ] Other
[ ] Remanded | [ ] Reopened | [ ] Joining Suit/Action | [ ] Appeal

**Plaintiff** - Party(ies) Initially Bringing Suit Should Be Entered First - Enter Additional Plaintiffs on Separate Form

**Individual** — Last Name: Nelson | First Name: John | Maiden Name, if applicable | M.I. | Jr/Sr/III/IV

Check ( x ) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style: Estate of

Check ( x ) if Individual Plaintiff is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity D/B/A or Agency

**Business** — Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated
Check ( x ) if Business Plaintiff is filing suit in the name of an entity other than the above, and enter below: D/B/A

**Address of Plaintiff** 21341 Cameron Road, Kiln, MS 39556-6524

**Attorney (Name & Address)** Russell S. Gill, PLLC, 638 Howard Avenue, Biloxi, MS 39530 | **MS Bar No.** 4840
Check ( x ) if Individual Filing Initial Pleading is NOT an attorney
Signature of Individual Filing:

**Defendant** - Name of Defendant - Enter Additional Defendants on Separate Form

**Individual** — Last Name | First Name | Maiden Name, if applicable | M.I. | Jr/Sr/III/IV

Check ( x ) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style: Estate of

Check ( x ) if Individual Defendant is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity: D/B/A or Agency

**Business** City of Bay St. Louis
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated
Check ( x ) if Business Defendant is acting in the name of an entity other than the above, and enter below: D/B/A

**Attorney (Name & Address) - If Known** | **MS Bar No.**

**Damages Sought:** Compensatory $ | Punitive $ | Check ( x ) if child support is contemplated as an issue in this suit.*
*If checked, please submit completed Child Support Information Sheet with this Cover Sheet

**Nature of Suit** (Place an "X" in one box only)

| Domestic Relations | Business/Commercial | Children/Minors - Non-Domestic | Real Property |
|---|---|---|---|
| Child Custody/Visitation | Accounting (Business) | Adoption - Contested | Adverse Possession |
| Child Support | Business Dissolution | Adoption - Uncontested | Ejectment |
| Contempt | Debt Collection | Consent to Abortion Minor | Eminent Domain |
| Divorce:Fault | Employment | Removal of Minority | Eviction |
| Divorce: Irreconcilable Diff. | Foreign Judgment | Other | Judicial Foreclosure |
| Domestic Abuse | Garnishment | **Civil Rights** | Lien Assertion |
| Emancipation | Replevin | Elections | Partition |
| Modification | Other | Expungement | Tax Sale: Confirm/Cancel |
| Paternity | **Probate** | Habeas Corpus | Title Boundary or Easement |
| Property Division | Accounting (Probate) | Post Conviction Relief/Prisoner | Other |
| Separate Maintenance | Birth Certificate Correction | Other REPLEVIN | **Torts** |
| Termination of Parental Rights | Commitment | **Contract** | Bad Faith |
| UIFSA (eff 7/1/97; formerly URESA) | Conservatorship | [X] Breach of Contract | Fraud |
| Other | Guardianship | Installment Contract | Loss of Consortium |
| **Appeals** | Heirship | Insurance | Malpractice - Legal |
| Administrative Agency | Intestate Estate | Specific Performance | Malpractice - Medical |
| County Court | Minor's Settlement | Other | Mass Tort |
| Hardship Petition (Driver License) | Muniment of Title | **Statutes/Rules** | Negligence - General |
| Justice Court | Name Change | Bond Validation | Negligence - Motor Vehicle |
| MS Dept Employment Security | Testate Estate | Civil Forfeiture | Product Liability |
| Worker's Compensation | Will Contest | Declaratory Judgment | Subrogation |
| Other | Other | Injunction or Restraining Order | Wrongful Death |
| | | Other | |

**IN THE** CIRCUIT     **COURT OF** HANCOCK     **COUNTY, MISSISSIPPI**

_____ **JUDICIAL DISTRICT, CITY OF** _____

Docket No._____ - _____  _____     Docket No. If Filed
   File Yr          Chronological No.         Clerk's Local ID       Prior to 1/1/94_____

**DEFENDANTS IN REFERENCED CAUSE - Page 1 of ___ Defendants Pages**
**IN ADDITION TO DEFENDANT SHOWN ON CIVIL CASE FILING FORM COVER SHEET**

**Defendant #2:**

**Individual:** Ponthieux _____ Gary _____ ( _____ ) _____ _____
            Last Name          First Name        Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

✔ Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A  Chief of Police, City of Bay St. Louis _____

**Business** _____
          Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

D/B/A _____

**ATTORNEY FOR THIS DEFENDANT:** _____ Bar # or Name: _____ _Pro Hac Vice_ (✓)___ Not an Attorney(✓)___

**Defendant #3:**

**Individual:** Tice _____ Pat _____ ( _____ ) _____ _____
            Last Name          First Name        Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

✔ Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A  City of Bay St. Louis, Police Department _____

**Business** _____
          Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

D/B/A _____

**ATTORNEY FOR THIS DEFENDANT:** _____ Bar # or Name: _____ _Pro Hac Vice_ (✓)___ Not an Attorney(✓)___

**Defendant #4:**

**Individual:** Fillingame _____ Les _____ ( _____ ) _____ _____
            Last Name          First Name        Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

✔ Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A  Mayor, City of Bay St. Louis _____

**Business** _____
          Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the above, and enter below:

D/B/A _____

**ATTORNEY FOR THIS DEFENDANT:** _____ Bar # or Name: _____ _Pro Hac Vice_ (✓)___ Not an Attorney(✓) .

IN THE _CIRCUIT_____ COURT OF _HANCOCK_____ COUNTY, MISSISSIPPI

_____ JUDICIAL DISTRICT, CITY OF

Docket No._____ - _____ _____   Docket No. If Filed
         File Yr      Chronological No.     Clerk's Local ID   Prior to 1/1/94_____

**DEFENDANTS IN REFERENCED CAUSE - Page ___ of ___ Defendants Pages
IN ADDITION TO DEFENDANT SHOWN ON CIVIL CASE FILING FORM COVER SHEET**

**Defendant # _5_ :**

**Individual:** _Favre_____ _Mike_____ ( _____ ) _____ _____
              Last Name          First Name          Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

✔ Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _Mayor, City of Bay St. Louis_____

**Business** _____
          Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ _Pro Hac Vice_ (✓)___ Not an Attorney(✓)___

**Defendant # ___ :**

**Individual:** _____ _____ ( _____ ) _____ _____
              Last Name          First Name          Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

**Business** _____
          Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ _Pro Hac Vice_ (✓)___ Not an Attorney(✓)___

**Defendant # ___ :**

**Individual:** _____ _____ ( _____ ) _____ _____
              Last Name          First Name          Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

**Business** _____
          Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ _Pro Hac Vice_ (✓)___ Not an Attorney(✓)___

IN THE CIRCUIT COURT OF HANCOCK COUNTY, MISSISSIPPI

JOHN NELSON

FILED

PLAINTIFFS

v.

CAUSE NO. 19-0219

THE CITY OF BAY ST.LOUIS,
LES FILLINGAME, MIKE FAVRE,
GARY PONTHIEUX, and PAT TICE

SEP 17 2019

KAREN LADNER RUHR
CIRCUIT CLERK, HANCOCK CO.
BY_____D.C.

DEFENDANTS

**COMPLAINT**
**(Jury Trial Requested)**

COME NOW the Plaintiff, JOHN NELSON, and file this their Complaint, and in support

thereof would show as follows:

### SUMMARY

1.    The City of Bay St. Louis and its Mayor and Police Chief violated the Fair Labor

Standards Act ("FLSA") by forcing their police officers to work a substantial amount of

overtime without properly paying them overtime compensation, thus depriving them of rightful

compensation for their work, which compensation Defendants are legally obligated to pay.

### JURISDICTION AND VENUE

2.    This court has jurisdiction pursuant to 29 U.S.C. §216.

3.    Venue is proper pursuant to, inter alia, Miss. Code Ann. § 11-11-3.

### PARTIES

4.    John Nelson ("Nelson") worked for the City of Bay St.Louis Police Department

as a police officer. Nelson's Consent is attached as Exhibit A.

5.    The City of Bay St. Louis, (hereinafter "City" or "PD") is a municipal

corporation, and may be served with process of this court upon the Bay St. Louis City Clerk.

6.    Les Fillingame ("Fillingame") was the Mayor of the City from 2009 to July,

2017. Upon information and belief, Fillingame possessed control over the City's actual

operations in a manner that directly related to Nelson's employment. Fillingame directly affected

employment-related factors such as personnel and compensation. Fillingame may be served with process of this court pursuant to the laws of the state of Mississippi.

7.    Mike Favre ("Favre") is the current Mayor of the City. Upon information and belief, Fillingame possessed control over the City's actual operations in a manner that directly related to Nelson's employment. Favre directly affected employment-related factors such as personnel and compensation. Favre may be served with process of this court pursuant to the laws of the state of Mississippi.

8.    Gary Ponthieux ("Ponthieux") was the Chief of Police for the City from September 2017 until the date of Nelson's termination. Upon information and belief, Ponthieux possessed control over the City's actual operations in a manner that directly relates to Nelson's employment and that of those similarly situated to Nelson. Ponthieux directly affected employment-related factors such as personnel and compensation. Ponthieux may be served with process of this court pursuant to the laws of the state of Mississippi.

9.    Pat Tice ("Tice") was the Payroll Clerk for the City at all times relevant to this litigation. Upon information and belief, Tice possessed control over the City's actual operations in a manner that directly related to Nelson's employment. Tice directly affected employment-related factors such as personnel and compensation. Tice may be served with process of this court pursuant to the laws of the state of Mississippi.

10.    Defendants employed Nelson within the meaning of the FLSA.

## BACKGROUND

11.    Defendants employed Nelson to protect and serve the City as a police officer, and to enforce the laws of the state of Mississippi and perform related law enforcement activities.

12.    Defendants paid Nelson by the hour utilizing a pay period of two weeks.

*A.  Failure to Pay Comp Time*

13.     Nelson regularly worked in excess of 86 hours per pay period without receiving compensation at 1.5 times his regular rate of pay for hours worked in excess of 86 hours per pay period, as required by 29 U.S.C. § 207(k) and 29 C.F.R. § 553.230. When Nelson was given compensatory time off ("comp time") in lieu of cash for overtime hours worked each pay period, he was compensated at a rate of only one hour of paid leave for each overtime hour worked, or not at all.

14.     Upon information and belief, Nelson was not party to any collective bargaining agreement or memorandum of understanding by which the City was authorized to compensate Nelson for overtime with compensatory time off in lieu of cash payment.

15.     The FLSA required Defendants to give comp time at a rate of one and 1.5 hours for each overtime hour worked per pay period, but Defendants failed to do so.

16.     By failing to give Nelson comp time at a rate of 1.5 hours of comp time for each overtime hour worked per pay period, Defendants have deprived Nelson of, upon information and belief, 73.5 or more hours of overtime compensation to which he is rightfully entitled.

17.     Upon the termination of Nelson's employment in November 2017, the City was required to pay to Nelson for the aforementioned unused compensatory time, but deliberately failed to do so. 29 U.S.C. § 255(a); *Vidmar v. City of Milwaukee*, Case No. 17-CV-223 (E.D. Wis., 2017).

*B. Willful Violations of the FLSA*

18.     The FLSA and Department of Labor regulations set forth the proper means for calculating and paying compensation to non-exempt employees like Nelson. Defendants knowingly failed to follow these rules when recording Nelson's overtime and paying him.

19.     Upon information and belief, Defendants had a policy and/or practice of not giving their police officers comp time at a rate of one and one-half hours for each overtime hour they worked per pay period.

20.     Defendants knew, or have shown reckless disregard for, the requirements of the FLSA with respect to compensation for Nelson.

## CAUSES OF ACTION

21.     The preceding paragraphs are incorporated by reference.

22.     As set forth above, Defendants violated the FLSA with respect to Nelson by failing to pay them overtime compensation for all or some of the hours they worked in excess of 86 hours per two week pay period. 29 U.S.C. § 207(k); 29 C.F.R. § 553.230; Barfield v. Madison County, Mississippi, 984 F.Supp. 491, 498 (1997).

23.     Nelson is entitled to recover unpaid wages for overtime compensation for all hours worked in excess of 86 hours per pay period.

24.     In addition, Nelson is entitled to liquidated damages in an amount equal to his unpaid wages.

25.     In addition, Nelson is entitled to reasonable attorneys' fees and costs. 29 U.S.C. § 216(b).

WHEREFORE, PREMISES CONSIDERED, Nelson requests that this Court award him judgment against Defendants for:

1.     Damages for the full amount of Nelson's unpaid overtime compensation;

2.     An amount equal to Nelson's unpaid overtime compensation as liquidated damages;

3.     Reasonable attorneys' fees, costs, and expenses of this action;

4.     Pre-judgment and post-judgment interest at the highest rate allowed by law; and

5.     Such other and further relief as may be allowed by law.

Respectfully submitted, this the _16_ day of _September_ , 2019.

By: _____
JOHN NELSON

Joseph R. Tramuta, MSB No. 105220
Russell S. Gill, MSB No. 4840
RUSSELL S. GILL, P.L.L.C.
638 Howard Avenue
Biloxi, Mississippi 39530
Telephone: (228) 432-0007
Facsimile: (228) 432-0025
rsgill@rsgill-lawfirm.com
jrtrsgill@gmail.com
cmgill37@yahoo.com

### NOTICE OF CONSENT

I consent to be a party plaintiff in this action and, if necessary, a subsequent action, to recover any unpaid wages owed to me by:

THE CITY OF BAY ST.LOUIS, and related entities

I consent to join the lawsuit in which this Notice of Consent is filed by Russell S. Gill, P.L.L.C. and /or any of its attorneys (collectively "RSG") and on my behalf (the "Lawsuit").

I performed the duties and was paid in the manner described in the Complaint to which this Notice is attached.

If I am not a named plaintiff in this Lawsuit, then I authorize the named plaintiff(s) and RSG to file and prosecute the Lawsuit on my behalf, and I designate the named plaintiff(s) to make decisions on my behalf concerning the Lawsuit, including negotiating and deciding a resolution of my claims, and I understand that I may be bound by such decisions, subject to Court approval if required.

I agree to be represented by RSG in this Lawsuit. I agree to be bound by the Contract of Representation executed between the named plaintiff(s) in this Lawsuit and RSG, subject to the additional terms stated in this Notice of Consent. I may obtain a copy of the executed Contract(s) of Representation by contacting RSG in writing.

In the event this Lawsuit is not certified or is decertified, I authorize RSG to reuse this Notice of Consent to re-file my claims in separate or related action(s) against the named Defendants in this Lawsuit.

_____
Signature

John  Nelson
_____
Full Legal Name (print)

09/09/2019
_____
Date

FEE BILL, CIVIL CASES, CIRCUIT COURT

State of Mississippi
Hancock County

JOHN NELSON VS THE CITY OF BAY ST LOUIS

Case # 19-0219          Acct #          Paid By CHECK 10219      Rct#  33302
--------------------------------------------------------------------------------
                 CLERK'S FEES                         85.00
                 JURY TAX                              3.00
                 COURT REPORTERS FEE                  10.00
                 LAW LIBRARY                           2.50
                 COURT ADMINISTRATOR                   2.00
                 STATE CT ED FUND                      2.00
                 COURT CONSTITUENTS                     .50
                 ELECTRONIC COURT                     10.00
                 LEGAL ASSISTANCE                      5.00
                 JUDICIAL FUND-JUDGE RAISE            40.00
                 ARCHIVE FEE                           1.00

                                              ============
                                    Total   $    161.00
--------------------------------------------------------------------------------

Payment received from RUSSELL S.GILL P.L.L.C
                      638 HOWARD AVE

                      BILOXI          MS 39530

Transaction 45339 Received  9/17/2019 at 10:14 Drawer   1 I.D. HAB

Current Balance Due          $0.00           Receipt Amount $    161.00

By _____  D.C.  Karen Ladner Ruhr, Circuit Clerk


Case # 19-0219          Acct #          Paid By CHECK 10219      Rct#  33302

IN THE CIRCUIT COURT OF HANCOCK COUNTY, MISSISSIPPI

JOHN NELSON

PLAINTIFFS

v.

CAUSE NO. 19-0219

THE CITY OF BAY ST.LOUIS,
LES FILLINGAME, MIKE FAVRE,
GARY PONTHIEUX, and PAT TICE

DEFENDANTS

### SUMMONS

TO: **CITY OF BAY ST. LOUIS**
**c/o CITY CLERK**
**688 HWY 90**
**BAY ST. LOUIS, MS 39520**

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND
YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the attached
pleadings to Russell S. Gill, the attorney for the Plaintiff, whose address is 638 Howard Avenue,
Biloxi, Mississippi 39530.

Your response to the Complaint must be mailed or delivered within thirty (30) days from
the date of delivery of this Summons and Complaint or a Judgment by Default will be entered
against you for the money or other things demanded in the Complaint.

You must also file the original of your response with the Clerk of this Court within a
reasonable time afterward.

Issued under my hand and seal of said Court, this the 17th day of September, 2019.

KAREN RUHR, Clerk
County Court

(Seal)

By: _____

Deputy Clerk
P.O. Box 998
Gulfport, MS 39502

IN THE CIRCUIT COURT OF HANCOCK COUNTY, MISSISSIPPI

JOHN NELSON                                                      PLAINTIFFS

v.                                                  CAUSE NO. 19 - 0219

THE CITY OF BAY ST.LOUIS,
LES FILLINGAME, MIKE FAVRE,
GARY PONTHIEUX, and PAT TICE                                     DEFENDANTS

## SUMMONS

TO:      **LES FILLINGAME**
         **688 HWY 90**
         **BAY ST. LOUIS, MS 39520**

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND
YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the attached
pleadings to Russell S. Gill, the attorney for the Plaintiff, whose address is 638 Howard Avenue,
Biloxi, Mississippi 39530.

Your response to the Complaint must be mailed or delivered within thirty (30) days from
the date of delivery of this Summons and Complaint or a Judgment by Default will be entered
against you for the money or other things demanded in the Complaint.

You must also file the original of your response with the Clerk of this Court within a
reasonable time afterward.

Issued under my hand and seal of said Court, this the 17th day of September, 2019.

                                             KAREN RUHR, Clerk
                                             County Court

(Seal)

                              By:

                                             Deputy Clerk
                                             P.O. Box 998
                                             Gulfport, MS 39502

IN THE CIRCUIT COURT OF HANCOCK COUNTY, MISSISSIPPI

JOHN NELSON                                                          PLAINTIFFS

v.                                                   CAUSE NO. 19-0219

THE CITY OF BAY ST.LOUIS,
LES FILLINGAME, MIKE FAVRE,
GARY PONTHIEUX, and PAT TICE                                         DEFENDANTS

### SUMMONS

TO:      **MIKE FAVRE**
         **Wherever he may be found**

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND
YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the attached
pleadings to Russell S. Gill, the attorney for the Plaintiff, whose address is 638 Howard Avenue,
Biloxi, Mississippi 39530.

Your response to the Complaint must be mailed or delivered within thirty (30) days from
the date of delivery of this Summons and Complaint or a Judgment by Default will be entered
against you for the money or other things demanded in the Complaint.

You must also file the original of your response with the Clerk of this Court within a
reasonable time afterward.

Issued under my hand and seal of said Court, this the 17th day of September, 2019.

                                          KAREN RUHR, Clerk
                                          County Court

(Seal)

                                    By _____
                                          Deputy Clerk
                                          P.O. Box 998
                                          Gulfport, MS 39502

IN THE CIRCUIT COURT OF HANCOCK COUNTY, MISSISSIPPI

JOHN NELSON                                                      PLAINTIFFS

v.                                                    CAUSE NO. __19-0219__

THE CITY OF BAY ST.LOUIS,
LES FILLINGAME, MIKE FAVRE,
GARY PONTHIEUX, and PAT TICE                                     DEFENDANTS

### SUMMONS

**TO:     GARY PONTHIEUX**
**Wherever he may be found**

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND
YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the attached
pleadings to Russell S. Gill, the attorney for the Plaintiff, whose address is 638 Howard Avenue,
Biloxi, Mississippi 39530.

Your response to the Complaint must be mailed or delivered within thirty (30) days from
the date of delivery of this Summons and Complaint or a Judgment by Default will be entered
against you for the money or other things demanded in the Complaint.

You must also file the original of your response with the Clerk of this Court within a
reasonable time afterward.

Issued under my hand and seal of said Court, this the 17 day of September, 2019.

KAREN RUHR, Clerk
County Court

(Seal)

By: _____
Deputy Clerk
P.O. Box 998
Gulfport, MS 39502

IN THE CIRCUIT COURT OF HANCOCK COUNTY, MISSISSIPPI

JOHN NELSON                                                    PLAINTIFFS

v.                                                      CAUSE NO. 19-0219

THE CITY OF BAY ST.LOUIS,
LES FILLINGAME, MIKE FAVRE,
GARY PONTHIEUX, and PAT TICE                          DEFENDANTS

## SUMMONS

**TO:    PAT TICE**
**Wherever she may be found**

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND
YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the attached
pleadings to Russell S. Gill, the attorney for the Plaintiff, whose address is 638 Howard Avenue,
Biloxi, Mississippi 39530.

Your response to the Complaint must be mailed or delivered within thirty (30) days from
the date of delivery of this Summons and Complaint or a Judgment by Default will be entered
against you for the money or other things demanded in the Complaint.

You must also file the original of your response with the Clerk of this Court within a
reasonable time afterward.

Issued under my hand and seal of said Court, this the 17th day of September, 2019.

(Seal)

KAREN RUHR, Clerk
County Court

By: _____
Deputy Clerk
P.O. Box 998
Gulfport, MS 39502

IN THE CIRCUIT COURT OF HANCOCK COUNTY, MISSISSIPPI

JOHN NELSON                                                    PLAINTIFFS

v.                                               CAUSE NO. ____19-0219____

THE CITY OF BAY ST. LOUIS,
LES FILLINGAME, MIKE FAVRE,
GARY PONTHIEUX, and PAT TICE                                   DEFENDANTS

## MOTION FOR EXTENSION OF TIME FOR SERVICE OF PROCESS

Comes now the Plaintiff, by and through his attorney of record, and files this his Motion for Extension of Time for Service of Process and would show unto the Court as follows:

1.      This action was initially filed on September 17, 2019, by Plaintiff's counsel.  Service of process has not been affected on The City of Bay St. Louis, Les Fillingame, Mike Favre, Gary Ponthieux and Pat Tice.

2.      After three attempts by a process server, Plaintiff has been unsuccessful in serving The City of Bay St. Louis, Les Fillingame, Mike Favre, Gary Ponthieux and Pat Tice, and the 120-day time period will expire on or about January 15, 2020.  Therefore, Plaintiff is requesting an additional 120 days from January 15, 2020, within which to serve The City of Bay St. Louis, Les Fillingame, Mike Favre, Gary Ponthieux and Pat Tice with process in this matter.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully prays that the Court grant his Motion for Extension of Time for Service of Process up to and including May 14, 2020, so that the Defendants The City of Bay St. Louis, Les Fillingame, Mike Favre, Gary Ponthieux and Pat Tice may be properly served.  Plaintiff prays for any further relief to which he may be entitled.

Respectfully submitted, this the 10th day of January, 2020.

                                        JASON EDMONDS

                        By:     */s/ Joseph R. Tramuta*_____
                                Joseph R. Tramuta, MSB No. 105220
                                Russell S. Gill, MSB No. 4840
                                RUSSELL S. GILL P.L.L.C.
                                638 Howard Avenue
                                Biloxi, Mississippi 39530
                                Telephone: (228) 432-0007
                                Email:  rsgill@rsgill-lawfirm.com; jrtrsgill@gmail.com;
                                cmgill37@yahoo.com
                                *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing with the Clerk of the Court

using the MEC system, which sent notification of such filing to all counsel of record.

SO CERTIFIED:   This the 10th day of January, 2020.

By:     */s/ Joseph R. Tramuta*
          JOSEPH R. TRAMUTA, MSB No. 105220

IN THE CIRCUIT COURT OF HANCOCK COUNTY, MISSISSIPPI

JOHN NELSON                                                          PLAINTIFF

VERSUS                                                CAUSE NO. A2301-2019-0219

THE CITY OF BAY ST. LOUIS,
LES FILLINGAME, MIKE FAVRE,
GARY PONTHIEUX, and PAT TICE                              DEFENDANTS

## ORDER

THIS CAUSE came on to be considered on the Plaintiff's Motion for Extension of Time

for Service of Process and the Court having considered same, finds that Plaintiff should be

granted additional time to effect service of process on Defendants. It is, therefore,

ORDERED that Plaintiff be and is hereby given an additional one hundred and twenty

(120) days in which to obtain service of process on the Defendants.

ORDERED this the _15th_ day of January, 2020.

_____
CIRCUIT COURT JUDGE

FILED

JAN 16 2020

KENDRA NECAISE
CIRCUIT CLERK, HANCOCK CO.
BY_____D.C.

# BUTLER | SNOW

February 11, 2020

FILED

( FEB 1 3 2020

KENDRA NECAISE
CIRCUIT CLERK, HANCOCK CO.
BY _____ D.C.

Kendra Necaise
Hancock County Circuit Court Clerk
152 Main Street, Suite B
Bay St. Louis, Mississippi 39520

    Re:   *John Nelson v. The City of Bay St. Louis, Les Fillingame, Mike Favre, Gary Ponthieux, and Pat Tice*
*In the Circuit Court of Hancock County, Mississippi, Second Circuit Court District of Mississippi, Civil Action No. 23CI1:19-cv-00219-LPD*

Dear Sir/Madam

    Our firm represents the defendants, in the referenced matter. We are requesting a certified copy of the complete state court record in this matter. Please find enclosed a check in the amount of $19.50 and a Clerk's Certificate for your convenience and execution.

    Should you have any questions, please feel free to contact me, 601-985-4340 or shae.whitesides@butlersnow.com.

                        Sincerely,

                        BUTLER SNOW LLP

                        Shae Whitesides
                        Paralegal

SW:

Post Office Box 6010
Ridgeland, MS 39158-6010

**SHAE WHITESIDES**
Paralegal
(601) 985-4340
shae.whitesides@butlersnow.com
T 601.948.5711 • F 601.985.4500 • www.butlersnow.com

Suite 1400
1020 Highland Colony Park
Ridgeland, Mississippi 39157

BUTLER SNOW LLP